# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| KIP'S NUT-FREE KITCHEN, LLC, | CASE NO. 19cv290-LAB (LL) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 21]** |
| KIP'S DEHYDRATED FOODS LLC and NADEEM ROBERT SROUJI, | |
| Defendants. | |

The parties' Joint Motion to Dismiss is **GRANTED**. Dkt. 21. All claims and counterclaims associated with this action are **DISMISSED WITH PREJUDICE**. The assigned Magistrate Judge shall retain jurisdiction over this matter to interpret and enforce the terms of the parties' settlement agreement. Dkt. 24. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: December 10, 2019

*Larry A. Burns* (signature)

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge